GJm

08 MAR 14 AM 9:52

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**Enrique RENDON-Martinez,**<br>Defendant | Magistrate Docket No. **'08 MJ 0811**<br>COMPLAINT FOR VIOLATION OF:<br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **March 12, 2008** within the Southern District of California, defendant, **Enrique RENDON-Martinez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **14th** DAY OF **MARCH 2008**

Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

GJm

**CONTINUATION OF COMPLAINT:**
**Enrique RENDON-Martinez**

## PROBABLE CAUSE STATEMENT

On March 12, 2008, at approximately 1:55 P.M., Supervisory Border Patrol Agent M. Rosales was performing line watch duties in the Imperial Beach Area of Operations. Agent Rosales responded to a seismic sensor activation near the area commonly known as, "Echo Four." This area is approximately one and one half miles east of the San Ysidro, California, Port of Entry and four hundred yards north of the United States/Mexico International Boundary.

Agent Rosales responded to the area, and after a brief search encountered sixteen individuals attempting to conceal themselves in some brush. Agent Rosales identified himself as a United States Border Patrol Agent, and began to conduct an immigration inspection. All sixteen individuals including one later identified as the defendant **Enrique RENDON-Martinez**, admitted to being citizens and nationals of Mexico without any immigration documents to be in or remain in the United States legally. Agent Rosales placed all sixteen individuals under arrest and transported them to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed an immigration history. The defendant's record was determined by a comparison of his immigration record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on **June 29, 2006** through **San Ysidro, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.