AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

ENRIQUE RENDON-MARTINEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1102-JM

I, ENRIQUE RENDON-MARTINEZ, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4-10-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

ENRIQUE RENDON MARTINEZ

Defendant

[signature]

Counsel for Defendant

Before [signature]

JUDICIAL OFFICER

FILED

APR 10 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY